# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION (CINCINNATI)

| | | |
|---|---|---|
| In re: | § | Case No. **04-19505-JA** |
| | § | |
| **WILLIAMSON, DALE DWIGHT** | § | Chapter **7** |
| | § | |
| | § | Judge: **AUG** |
| Debtor(s). | § | |

### NOTICE TO THE CLERK OF UNCLAIMED DIVIDENDS

**TO THE CLERK OF THE COURT:**

The attached checks in the amount of $361.92 and $2,404.49 represents unclaimed dividends in this estate and are being paid to the court pursuant to 11 U.S.C. Sec. 347(a) and FRBP 3010. The name(s) and addresses of the parties entitled to those unclaimed dividends are as follows:

| Creditor Name and Address | Claim No. | Amount of Dividend |
|---|---|---|
| Health Alliance<br>P O Box 691200<br>Cincinnati, OH  45269 | 4 | $ 361.92 |
| FCC National Bank<br>60 Charles Lindbergh Blvd.<br>Uniondale, NY  11553 | 8 | $ 2,404.69 |

Dated:  10/20/06

/s/ Elliott Polaniecki
   Case Trustee

cc:    U.S. Trustee